UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON SLIFKA,

Plaintiff,

v.

CITY OF WOOD RIVER, ILLINOIS; POLICE SGT. E. FORD; and COLTON GORBETT,

Defendants.

Case No. 26-cv-1050-JPG

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: August 26, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**